## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                      **CASE NO. 4:09cr00066 BSM**

**PERCY LITTLE, JR.**                                                           **DEFENDANT**

### ORDER

The United States requests dismissal of the indictment filed against Percy Little, Jr. [Doc. No. 19]. For good cause shown, the motion is granted.

IT IS SO ORDERED this 28th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE